**IN RE: ADOPTION OF: J.G.**

**Appeal of: J.G**

**1979 MDA 2016**

Superior Court of Pennsylvania.

05/25/2017

91 ADOPT 2016 (Cumberland)

Affirmed

**IN the ADOPT. OF: A.G., a Minor Appeal of J.G.**

**1989 MDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–21–DP–0000164–2015 (Cumberland)

Affirmed

**IN the ADOPT. OF: J.G., a Minor Appeal of J.G.**

**1990 MDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–21–DP–0000051–2011 (Cumberland)

Affirmed

**IN RE: ADOPT OF: A.G.**

**Appeal of: J.G.**
**2012 MDA 2016**

Superior Court of Pennsylvania.

05/25/2017

090–ADOPT–2016 (Cumberland)

Affirmed

**COM.**
**v.**
**CROMWELL, A.**
**481 WDA 2014**

Superior Court of Pennsylvania.

05/25/2017

CP–63–CR–0001535–2013 (Washington)

Affirmed

**U.S. BANK NATIONAL ASSOCIATION**
**v.**
**FORTUNATO, J.**
**496 WDA 2016**

Superior Court of Pennsylvania.

05/25/2017
Reargument Denied 8/2/2017

2010–00144
(Armstrong)

Affirmed

